**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roderick Duane WHITAKER,**
**Defendant–Appellant.**

**No. 07–12920**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 12, 2007.

Rick D. Collum, The Collum Law Firm, P.C., Moultrie, GA, for Defendant–Appellant.

Before ANDERSON, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Rick Collum, appointed counsel for Roderick Duane Whitaker, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Whitaker's conviction and sentence are **AFFIRMED.**